IN THE SUPREME COURT OF THE STATE OF NEVADA

DIGNITY HEALTH, A FOREIGN NON-PROFIT CORPORATION; DIGNITY HEALTH MEDICAL GROUP NEVADA, LLC, A DOMESTIC LIMITED-LIABILITY COMPANY; ROGER A. MARTINEZ, M.D.; AND ROGER A. MARTINEZ, M.D., PLLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
MONICA ARTEAGA, AN INDIVIDUAL; BENJAMIN SCHNOSE, AN INDIVIDUAL; AND CAIN G. SCHNOSE, A MINOR, BY AND THROUGH HIS PARENTS AND NATURAL GUARDIANS, MONICA ARTEAGA AND BENJAMIN SCHNOSE,
Real Parties in Interest.

No. 81099

FILED

JUN 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss in a medical malpractice action.[1]

_____

[1]The clerk of this court shall amend the caption of this docket to reflect the caption on this order, consistent with the joinder filed on May 8, 2020.

20-23432

Having considered the petition and supporting documentation, we are not persuaded that petitioners have demonstrated that our extraordinary and discretionary intervention is warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying motions to dismiss). In particular, we are not persuaded that an appeal from an adverse final judgment would be an inadequate legal remedy. *Pan*, 120 Nev. at 224, 88 P.3d at 841 (recognizing that an appeal from a final judgment is generally an adequate remedy that precludes writ relief). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:  Hon. Nancy L. Allf, District Judge
Alverson Taylor & Sanders
Nettles Morris
Janet, Janet & Suggs/Columbia SC
Janet, Janet & Suggs/Baltimore
Lewis Brisbois Bisgaard & Smith LLP
Eighth District Court Clerk